Opinion issued September 5, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00874-CV

____________


IN RE RICKIE LYNN GRAVES, Relator







Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, Rickie Lynn Graves, filed a petition for writ of mandamus on August
15, 2002, complaining that the justice court (1) has failed to rule on his motion for
judicial notice. 

 We do not have jurisdiction to issue a writ of mandamus to a justice of the
peace unless he is interfering with our jurisdiction. Tex. Gov't Code Ann. §
22.221(a), (b) (Vernon 1988 & Supp. 2002); Easton v. Franks, 842 S.W.2d 772, 773
(Tex. App.--Houston [1st Dist.] 1992, orig. proceeding). Relator does not contend
that the respondent has interfered with this Court's jurisdiction. 

 The petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Alcala.

Do not publish. Tex. R. App. P. 47.
1. The Honorable Mike Parrott, Justice of the Peace for Precinct 3, Place 1, Harris
County, Texas. The underlying small claim suit is Rickie Lynn Graves v. Cynthia D. Atkins,
case no. SC31C0011856.